IN THE COURT OF APPEALS, THIRD DISTRICT OF TEXAS,



AT AUSTIN




 





NO. 3-93-447-CR


NO. 3-93-448-CR


AND


NO. 3-93-449-CR





MARTIN DeMASTERS,



 APPELLANT


vs.





THE STATE OF TEXAS,



 APPELLEE



 



FROM THE COUNTY COURT AT LAW NO. 2 OF HAYS COUNTY



NOS. 38,354, 37,918, & 38,355, 



HONORABLE LINDA A. RODRIGUEZ, JUDGE PRESIDING


 





PER CURIAM



 These are appeals from judgments of conviction for assault in which neither a
statement of facts from the trial nor a brief has been filed. At a hearing conducted pursuant to
Rules 53(m) and 74(l) of the Texas Rules of Appellate Procedure, appellant was asked by counsel,
"[Y]ou are voluntarily waiving this appeal at this point, is that correct?" Appellant answered,
"Yes." Appellant has not withdrawn his notices of appeal in writing. Tex. R. App. P. 59(b). 
Under the circumstances, we will consider the appeals on the present records and without briefs. 
Tex. R. App. P. 53(m), 74(l).

 We have examined the transcripts and find no fundamental error or other matter
that should be considered in the interest of justice. The judgments of conviction are affirmed.


Before Justices Powers, Aboussie and Jones

Affirmed on All Causes

Filed: April 6, 1994

Do Not Publish